IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEARLEANA RICHMOND                                                    PLAINTIFF

VS.                         CASE NO. 4:04CV00538 JLH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                               DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this __26th__ day of July, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE